UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR4

In Re:

Danny Palangio aka Danny Palangio
Debtor/Respondent
    Rita Palangio
Co-Debtor/Respondent

Case No.:     19-32005 MBK

Chapter:      13

Hearing Date: _____

Judge:     Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Proof of Claim filed 1/16/2020 Claim Number 15.

_____

Date: 1/17/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*