B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

In re: __Danny Palangio and Rita Palangio__    Case No. __19-32005-MBK__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KHEAA | Navient Solutions,LLC/NJHEAA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

KHEAA
PO BOX 798
FRANKFORT KY 40602-0798

Court Claim # (if known): __6__
Amount of Claim: __$67,994.69__
Date Claim Filed: __12/10/2019__

Phone: __502-696-7309__
Last Four Digits of Acct #: __6651__

Phone: __606-588-3300__
Last Four Digits of Acct. #: __6651__

Name and Address where transferee payments should be sent (if different from above):

KHEAA
PO BOX 4270
FRANKFORT KY 40604-4270

Phone: __N/A__

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    __/s/ Miles F. Justice__    Date: __02/05/2020__
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.