| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-32005 / MBK**

Danny Palangio                                             Petition Filed Date: 11/21/2019
Rita Palangio                                                341 Hearing Date: 12/19/2019
                                                                       Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2019 | $1,180.00 | 63718610 | | | | | | |

**Total Receipts for the Period: $1,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,540.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danny Palangio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRANK J FISCHER, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | LVNV FUNDING LLC | Unsecured Creditors | $1,192.81 | $0.00 | $0.00 |
|   | »» SHERMAN ORIGINATOR |   |   |   |   |
| 2 | LVNV FUNDING LLC | Unsecured Creditors | $765.28 | $0.00 | $0.00 |
|   | »» SHERMAN ORIGINATOR |   |   |   |   |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $961.77 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $998.90 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $577.28 | $0.00 | $0.00 |
|   | »» IMAGINE MC |   |   |   |   |
| 6 | KHEAA | Unsecured Creditors | $67,994.69 | $0.00 | $0.00 |
|   | »» NAVIENT |   |   |   |   |
| 7 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $680.83 | $0.00 | $0.00 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC | Unsecured Creditors | $1,159.00 | $0.00 | $0.00 |
|   | »» BARRON EMERG PHYS |   |   |   |   |
| 9 | NAVIENT PC TRUST | Unsecured Creditors | $8,512.03 | $0.00 | $0.00 |
| 10 | NAVIENT PC TRUST | Unsecured Creditors | $13,414.85 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC |   | $0.00 | $0.00 | $0.00 |
|   | »» FILED IN WRONG CASE/WD 2/6/2020 | No Disbursements: Withdrawn |   |   |   |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $134.43 | $0.00 | $0.00 |
|   | »» OCEAN MEDICAL CENTER |   |   |   |   |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $250.00 | $0.00 | $0.00 |
|   | »» OCEAN MEDICAL CENTER |   |   |   |   |
| 14 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $829.99 | $0.00 | $0.00 |
|   | »» COMENITY BANK/BON TON |   |   |   |   |
| 15 | DEUTSCHE BANK NATIONAL TRUST COMPANY | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|   | »» FILED IN WRONG CASE/WD 1/17/2020 | No Disbursements: Withdrawn |   |   |   |

**Chapter 13 Case No. 19-32005 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | US BANK NATIONAL ASSOCIATION<br>»» P/93 LAKEWOOD RD/1ST MTG | Mortgage Arrears | $62,178.47 | $0.00 | $0.00 |
| 17 | ALLY FINANCIAL<br>»» 2011 BUICK REGAL | Secured Creditors<br>Hold Funds: Pending Resolution | $1,034.18 | $0.00 | $0.00 |
| 18 | Ally Financial<br>»» 2011 BUICK REGAL | Unsecured Creditors<br>Hold Funds: Pending Resolution | $898.61 | $0.00 | $0.00 |
| 19 | ALLY FINANCIAL<br>»» 2010 SATURN OUTLOOK | Debt Secured by Vehicle | $971.38 | $0.00 | $0.00 |
| 20 | ALLY FINANCIAL<br>»» 2013 HONDA ACCORD | Secured Creditors<br>Hold Funds: Pending Resolution | $1,365.40 | $0.00 | $0.00 |
| 21 | ALLY FINANCIAL<br>»» 2013 HONDA ACCORD | Unsecured Creditors<br>Hold Funds: Pending Resolution | $120.87 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JUDGMENT | Unsecured Creditors | $865.82 | $0.00 | $0.00 |
| 23 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,540.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,180.00 |
| Paid to Trustee: | $254.88 | Arrearages: | $0.00 |
| Funds on Hand: | $3,285.12 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**