UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Danny Palangio
Rita Palangio

Debtor(s)

Case No.: 19-32005 / MBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The  Standing  Chapter  13  Trustee,  Albert  Russo,  submits  his  objection(s)  to  the  Debtors'  Claim

of Exemptions the reason(s) set forth below:

**The  Trustee  objects  to  Debtor  1 taking  a  522(d)(1)  exemption  in  the  amount  of  $50,300
unless the Debtors intended to take a joint exemption for said amount.**

Dated:  February 28, 2020

/s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By:  David Martin, Staff Attorney