```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Frank J. Fischer, Esq. [FF3528]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtors
```

| In Re: | Case No.: 19-32005 |
|---|---|
| DANNY PALANGO and<br>RITA PALANGO | Chapter 13 |
| DEBTOR | Judge: Michael B. Kaplan<br>Hearing date: 3/25/2020 |

## CERTIFICATION IN OPPOSITION TO CHAPTER 13 TRUSTEE CLAIM OF EXEMPTIONS

I, Frank J. Fischer, upon my oath deposes and says:

1. I am a member of the Law Firm of Broege, Neumann, Fischer & Shaver, LLC, attorneys for the Debtors in the above captioned matter.

2. I make this Certification in opposition to the Chapter 13 Objection to Claim of Exemption of Debtor 1 taking a 522(d)(1) exemption in the amount of $50,300.

3. On or about March 4, 2020, the Debtors filed an amended Schedule C to correct each Debtor taking a $25,150.00 exemption on their residence. A copy of which is annexed as Exhibit A.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 17, 2020            By:____/s/Frank J. Fischer Esq.

| | |
|---|---|
| Subject: | Ch-13 19-32005-MBK Amended Schedules (Fee Attorney) - Danny Palangio |
| Date: | 3/4/2020 11:49:39 AM Eastern Standard Time |
| From: | cmecf_help_desk@njb.uscourts.gov |
| To: | no-reply@njb.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of New Jersey

Notice of Electronic Filing

The following transaction was received from Frank J. Fischer entered on 3/4/2020 at 11:48 AM EST and filed on 3/4/2020

**Case Name:** Danny Palangio and Rita Palangio
**Case Number:** 19-32005-MBK
**Document Number:** 24

**Docket Text:**
Amended Schedule(s) : C filed by Frank J. Fischer on behalf of Danny Palangio, Rita Palangio. (Fischer, Frank)

The following document(s) are associated with this transaction:

**Document description:**
**Original filename:**
**Electronic document Stamp:**

Main Document C:\Users\Btassillo\AppData\Local\Temp\ECFInfo\petition.pdf [STAMP bkecfStamp_ID=1002741850 [Date=3/4/2020] [FileNumber=55945236-0 ] [4c9e1eb92bc22b9e7bdec27821f3dd0811f5f857c6d31d9f36aa93b3d5b313838d2 0d3c230a93b1b1ff063210d373ffd49c17106f627902b63309a6a03972aec]]

**19-32005-MBK Notice will be electronically mailed to:**

Denise E. Carlon on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, Et Al...
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont on behalf of Creditor United Teletech Financial Federal Credit Union
dupont@redbanklaw.com, dana@redbanklaw.com

Frank J. Fischer on behalf of Debtor Danny Palangio
rugger52@aol.com, btassillo@aol.com

Frank J. Fischer on behalf of Joint Debtor Rita Palangio

rugger52@aol.com, btassillo@aol.com

Albert Russo
docs@russotrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**19-32005-MBK Notice will not be electronically mailed to:**

Fill in this information to identify your case:

Debtor 1: Danny Palangio

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): 3:19-bk-32005

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| 93 Lakewood Rd Manasquan NJ, 08736-3508 Line from Schedule A/B: 1.1 | $650,000.00 | ☒ $25,150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Nissan Altima / Stanza 1996 Line from Schedule A/B: 3.4 | $500.00 | ☒ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| various household goods and furnishings Line from Schedule A/B: 6.1 | $4,000.00 | ☒ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| 2Tvs 2 computers, gaming systems and games, 1 printer Line from Schedule A/B: 7.1 | $1,000.00 | ☒ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| various mens and womens clothing Line from Schedule A/B: 11.1 | $600.00 | ☒ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 4

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 Debtor 2 | Palangio, Danny & Palangio, Rita | | Case number (if known) | 3:19-bk-32005 |
|---|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
| wedding rings watches and bracelet, netlace<br>Line from Schedule A/B: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | 11 USC § 522(d)(4) |

3. **Are you claiming a homestead exemption of more than $170,350**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1
Debtor 2  Palangio, Danny & Palangio, Rita         Case number (if known)  3:19-bk-32005

**Fill in this information to identify your case:**

Debtor 1 _____ _____ _____
        First Name      Middle Name     Last Name

Debtor 2  Rita Palangio
(Spouse if, filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number  3:19-bk-32005
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| 93 Lakewood Rd<br>Manasquan NJ, 08736-3508<br>Line from Schedule A/B: 1.1 | $650,000.00 | ■ $25,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| various household goods and furnishings<br>Line from Schedule A/B: 6.1 | $4,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| 2Tvs 2 computers, gaming systems and games, 1 printer<br>Line from Schedule A/B: 7.1 | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| various mens and womens clothing<br>Line from Schedule A/B: 11.1 | $600.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Official Form 106C         Schedule C: The Property You Claim as Exempt         page 3 of 4
Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Palangio, Danny & Palangio, Rita**                                                    Case number (if known)  **3:19-bk-32005**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption. | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Danny Palangio** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | **Rita Palangio** |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number (if known) | 3:19-bk-32005 |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Danny Palangio                                X /s/ Rita Palangio
Danny Palangio                                      Rita Palangio
Signature of Debtor 1                               Signature of Debtor 2

Date    March 4, 2020                               Date    March 4, 2020