| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Frank J. Fischer, Esq. (FF3328)<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: rugger52@aol.com<br><br>*Attorneys for Debtor, Danny and Rita Palangio* | **Order Filed on September 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DANNNY PALANIO and  RITA PALANGIO<br><br>    Debtors. | Case No.:  19-32005<br><br>Chapter 13<br><br>Judge:  Michael B. Kaplan<br>Hearing Date:  9/1/2020 |

**ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO DEBTORS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  Danny Palangio and Rita Palangio

Case No: 19-32005(MBK)

Order:  **ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO DEBTORS**

Upon consideration of the motion of **Danny Palangio and Rita Palangio** for an order Authorizing Geico Insurance to Pay Insurance Claim of the Debtors for 2010 Saturn Outlook; Modifying Chapter 13 Plan to Stay Payment by Chapter 13 Trustee of Arrearage to Ally Financial Services and Releasing Title of the Vehicle to Debtors, and good cause appearing therefore, it is hereby

**ORDERED** that Geico Insurance Company is authorized to pay insurance claim of the Debtors as set forth in the Total Loss Settlement Explanation Statement;

**ORDERED** that the Amended Order confirming the Chapter 13 Plan is Modified to cease payment of the arrearage set forth in Claim No. 18-1 filed by Ally Financial Services;

**ORDERED** that upon payment of the amount due and owing to Ally Financial Services is authorized and upon payment, Ally Financial Services shall release the Title to the 2010 Saturn Outlook to the Debtors.