UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Frank J. Fischer, Esq. (FF3328)
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: rugger52@aol.com

*Attorneys for Debtor, Danny and Rita Palangio*

**Order Filed on September 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DANNNY PALANIO and RITA PALANGIO

    Debtors.

Case No.: 19-32005

Chapter 13

Judge: Michael B. Kaplan
Hearing Date: 9/1/2020

**ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO DEBTORS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 2, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Danny Palangio and Rita Palangio
Case No:  19-32005(MBK)
Order:  **ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO DEBTORS**

Upon consideration of the motion of **Danny Palangio and Rita Palangio** for an order Authorizing Geico Insurance to Pay Insurance Claim of the Debtors for 2010 Saturn Outlook; Modifying Chapter 13 Plan to Stay Payment by Chapter 13 Trustee of Arrearage to Ally Financial Services and Releasing Title of the Vehicle to Debtors, and good cause appearing therefore, it is hereby

**ORDERED** that Geico Insurance Company is authorized to pay insurance claim of the Debtors as set forth in the Total Loss Settlement Explanation Statement;

**ORDERED** that the Amended Order confirming the Chapter 13 Plan is Modified to cease payment of the arrearage set forth in Claim No. 18-1 filed by Ally Financial Services;

**ORDERED** that upon payment of the amount due and owing to Ally Financial Services is authorized and upon payment, Ally Financial Services shall release the Title to the 2010 Saturn Outlook to the Debtors.

United States Bankruptcy Court
District of New Jersey

In re:  
Danny Palangio  
Rita Palangio  
      Debtors

Case No. 19-32005-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 02, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db/jdb      Danny Palangio,    Rita Palangio,    93 Lakewood Rd,    Manasquan, NJ   08736-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Frank J. Fischer    on behalf of Joint Debtor Rita Palangio rugger52@aol.com, btassillo@aol.com  
       Frank J. Fischer    on behalf of Debtor Danny Palangio rugger52@aol.com, btassillo@aol.com  
       Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                TOTAL: 6