UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Frank J. Fischer, Esq. (FF3328)
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: rugger52@aol.com

*Attorneys for Debtor, Danny and Rita Palangio*

Order Filed on October 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DANNNY PALANIO and RITA PALANGIO

    Debtors.

Case No.: 19-32005

Chapter 13

Judge: Michael B. Kaplan
Hearing Date: 9/1/2020

**AMENDED ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO GEICO INSURANCE COMPANY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 1, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Danny Palangio and Rita Palangio
Case No:  19-32005(MBK)
Order:   **ORDER AUTHORIZING GEICO INSURANCE TO PAY INSURANCE CLAIM OF THE DEBTORS FOR 2010 SATURN OUTLOOK; MODIFYING CHAPTER 13 PLAN TO STAY PAYMENT BY CHAPTER 13 TRUSTEE OF ARREARAGE TO ALLY FINANCIAL SERVICES AND RELEASING TITLE TO VEHICLE TO GEICO INSURANCE COMPANY**

Upon consideration of the motion of **Danny Palangio and Rita Palangio** for an order Authorizing Geico  Insurance to Pay Insurance Claim of the Debtors for 2010 Saturn Outlook; Modifying Chapter 13 Plan to Stay Payment by Chapter 13 Trustee of Arrearage to Ally Financial Services and Releasing Title of the Vehicle to Geico Insurance Company , and good cause appearing therefore, it is hereby

**ORDERED** that Geico Insurance Company is authorized to pay insurance claim of the Debtors as set forth in the Total Loss Settlement Explanation Statement;

**ORDERED** that the Amended Order confirming the Chapter 13 Plan is Modified to cease payment of the arrearage set forth in Claim No. 18-1 filed by Ally Financial Services;

**ORDERED** that upon payment of the amount due and owing to Ally Financial Services is authorized and upon payment, Ally Financial Services shall release the Title to the 2010 Saturn Outlook to the Geico Insurance Company.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-32005-MBK
Danny Palangio                                                                         Chapter 13
Rita Palangio
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Danny Palangio, Rita Palangio, 93 Lakewood Rd, Manasquan, NJ 08736-3508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | * | Rita Palangio, 93 Lakewood Rd, Manasquan, NJ 08736-3508 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frank J. Fischer | on behalf of Joint Debtor Rita Palangio rugger52@aol.com btassillo@aol.com |
| Frank J. Fischer | on behalf of Debtor Danny Palangio rugger52@aol.com btassillo@aol.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com dana@redbanklaw.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6