| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-32005 / MBK**

Danny Palangio
Rita Palangio

Petition Filed Date: 11/21/2019
341 Hearing Date: 12/19/2019
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,180.00 | 64507780 | 02/04/2020 | $1,180.00 | 65232020 | 03/02/2020 | $1,180.00 | 66078080 |
| 04/03/2020 | $1,180.00 | 66860820 | 05/04/2020 | $1,409.00 | 67650550 | 06/04/2020 | $1,409.00 | 68423930 |
| 07/06/2020 | $1,409.00 | 69176180 | 08/04/2020 | $1,409.00 | 69913410 | 09/03/2020 | $1,409.00 | 70621810 |
| 10/05/2020 | $1,409.00 | 71375840 | 11/02/2020 | $1,409.00 | 71952990 | 12/02/2020 | $1,409.00 | 72760970 |
| 01/04/2021 | $1,409.00 | 73523740 | 02/02/2021 | $1,409.00 | 74169150 | | | |

**Total Receipts for the Period: $18,810.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,990.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danny Palangio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRANK J FISCHER, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,192.81 | $0.00 | $1,192.81 |
| 2 | LVNV FUNDING LLC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $765.28 | $0.00 | $765.28 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $961.77 | $0.00 | $961.77 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $998.90 | $0.00 | $998.90 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» COMPUCREDIT/IMAGINE MC | Unsecured Creditors | $577.28 | $0.00 | $577.28 |
| 6 | KHEAA<br>»» STUDENT LOAN/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $680.83 | $0.00 | $680.83 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,159.00 | $0.00 | $1,159.00 |
| 9 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» FILED IN WRONG CASE/WD 2/6/2020 | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MEDICAL CENTER | Unsecured Creditors | $134.43 | $0.00 | $134.43 |

**Chapter 13 Case No. 19-32005 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MEDICAL CENTER | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY BANK/BON TON | Unsecured Creditors | $829.99 | $0.00 | $829.99 |
| 15 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  FILED IN WRONG CASE/WD 1/17/2020 | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 16 | US BANK NATIONAL ASSOCIATION<br>»»  P/93 LAKEWOOD RD/1ST MTG | Mortgage Arrears | $62,178.47 | $15,088.87 | $47,089.60 |
| 17 | ALLY FINANCIAL<br>»»  2011 BUICK REGAL | Debt Secured by Vehicle | $1,034.18 | $250.98 | $783.20 |
| 18 | ALLY FINANCIAL<br>»»  2011 BUICK REGAL | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 19 | ALLY FINANCIAL<br>»»  2010 SATURN OUTLOOK/AMD ORDER 10/1/2020 | Debt Secured by Vehicle | $80.65 | $80.65 | $0.00 |
| 20 | ALLY FINANCIAL<br>»»  2013 HONDA ACCORD | Debt Secured by Vehicle | $1,365.40 | $331.32 | $1,034.08 |
| 21 | ALLY FINANCIAL<br>»»  2013 HONDA ACCORD | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/DC-013021-18 | Unsecured Creditors | $865.82 | $0.00 | $865.82 |
| 23 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,990.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $15,751.82 | Current Monthly Payment: | $1,409.00 |
| Paid to Trustee: | $1,592.08 | Arrearages: | $0.00 |
| Funds on Hand: | $2,646.10 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**