Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 19-32005 / MBK**

Danny Palangio
Rita Palangio

Petition Filed Date: 11/21/2019
341 Hearing Date: 12/19/2019
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,409.00 | 81834900 | 02/09/2022 | $1,409.00 | 82647330 | 03/09/2022 | $1,409.00 | 83286500 |
| 04/04/2022 | $1,409.00 | 83844670 | 05/09/2022 | $1,409.00 | 84539010 | 06/10/2022 | $1,409.00 | 85153790 |
| 07/11/2022 | $1,409.00 | 85738740 | 08/03/2022 | $1,409.00 | 86296280 | 09/12/2022 | $1,409.00 | 87003550 |
| 10/11/2022 | $1,409.00 | 87573030 | 11/07/2022 | $1,409.00 | 88108630 | 12/08/2022 | $1,409.00 | 88697100 |
| 01/09/2023 | $1,409.00 | 89303490 | 02/10/2023 | $1,409.00 | 89908140 | 03/10/2023 | $1,409.00 | 90469690 |

**Total Receipts for the Period: $21,135.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $55,215.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danny Palangio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRANK J FISCHER, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,192.81 | $0.00 | $1,192.81 |
| 2 | LVNV FUNDING LLC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $765.28 | $0.00 | $765.28 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $961.77 | $0.00 | $961.77 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $998.90 | $0.00 | $998.90 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» COMPUCREDIT/IMAGINE MC | Unsecured Creditors | $577.28 | $0.00 | $577.28 |
| 6 | KHEAA<br>»» STUDENT LOAN/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | UNITED TELETECH FINANCIAL FCU | Unsecured Creditors | $680.83 | $0.00 | $680.83 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $1,159.00 | $0.00 | $1,159.00 |
| 9 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» FILED IN WRONG CASE/WD 2/6/2020 | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MEDICAL CENTER | Unsecured Creditors | $134.43 | $0.00 | $134.43 |

**Chapter 13 Case No. 19-32005 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MEDICAL CENTER | Unsecured Creditors | $250.00 | $0.00 | $250.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/BON TON | Unsecured Creditors | $829.99 | $0.00 | $829.99 |
| 15 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»» FILED IN WRONG CASE/WD 1/17/2020 | Mortgage Arrears<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 16 | US BANK NATIONAL ASSOCIATION<br>»» P/93 LAKEWOOD RD/1ST MTG | Mortgage Arrears | $62,178.47 | $46,396.11 | $15,782.36 |
| 17 | ALLY FINANCIAL<br>»» 2011 BUICK REGAL | Debt Secured by Vehicle | $1,034.18 | $771.71 | $262.47 |
| 18 | ALLY FINANCIAL<br>»» 2011 BUICK REGAL | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 19 | ALLY FINANCIAL<br>»» 2010 SATURN OUTLOOK/AMD ORDER 10/1/2020 | Debt Secured by Vehicle | $80.65 | $80.65 | $0.00 |
| 20 | ALLY FINANCIAL<br>»» 2013 HONDA ACCORD | Debt Secured by Vehicle | $1,365.40 | $1,018.83 | $346.57 |
| 21 | ALLY FINANCIAL<br>»» 2013 HONDA ACCORD | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/DC-013021-18 | Unsecured Creditors | $865.82 | $0.00 | $865.82 |
| 23 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,215.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $48,267.30 | Current Monthly Payment: | $1,409.00 |
| Paid to Trustee: | $4,332.60 | Arrearages: | $0.00 |
| Funds on Hand: | $2,615.10 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

