Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−32005−MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Danny Palangio<br>aka Danny Palangio<br>93 Lakewood Rd<br>Manasquan, NJ 08736−3508 | Rita Palangio<br>93 Lakewood Rd<br>Manasquan, NJ 08736−3508 |

Social Security No.:
  xxx−xx−8625                                               xxx−xx−6651

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Danny Palangio and Rita Palangio</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 10, 2024
JAN: wdr

                                                                                   <u>Jeanne Naughton, Clerk</u>