Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−32005−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Danny Palangio
aka Danny Palangio
93 Lakewood Rd
Manasquan, NJ 08736−3508

Rita Palangio
93 Lakewood Rd
Manasquan, NJ 08736−3508

Social Security No.:
  xxx−xx−8625              xxx−xx−6651

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after January 13, 2025 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- ☑ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: December 12, 2024
JAN: wdr

Jeanne Naughton
Clerk